UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DONTRALE PHILLIPS (#464769)                    CIVIL ACTION

VERSUS

TIMOTHY NEWBY, ET AL.                          NO. 15-0733-JWD-SCR

RULING

On November 9, 2015, pursuant to the "three strikes" provision of 28 U.S.C. § 1915(g), the Court determined that the plaintiff was not entitled to proceed *in forma pauperis* in this case and ordered him to pay, within 21 days, the full amount of the Court's filing fee.  R. Doc. 3.  The plaintiff was placed on notice that a failure to comply with the Court's Order "shall result in the dismissal of the Complaint without further notice from the Court."  *Id.*

In accordance with 28 U.S.C. § 1915, a prisoner filing a civil action or appeal in federal court may be granted *in forma pauperis* status but is nonetheless required to pay the full amount of the Court's filing fee over time in incremental installments.  However, such incremental payments are not allowed and pauper status shall be denied where the prisoner has filed, on at least three prior occasions while incarcerated, actions or appeals that have been dismissed as legally baseless.  Specifically:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on

the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

In the instant case, the plaintiff has, on three or more prior occasions while incarcerated, brought actions or appeals in the federal courts that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted.[1] Accordingly, pursuant to *Adepegba v. Hammons*, 103 F.3d 383 (5th Cir. 1996), and 28 U.S.C. § 1915(g), this Court denied the plaintiff's motion to proceed *in forma pauperis* and directed him to pay the full amount of the Court's filing fee within 21 days.  A review of the record by the Court reflects that the plaintiff has failed to pay the filing fee as ordered.  Accordingly,

**IT IS ORDERED** that the above-captioned proceeding be dismissed, without prejudice, for failure of the plaintiff to pay the Court's filing fee.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, this ____7____ day of December, 2015.

_____
JOHN W. deGRAVELLES
UNITED STATES DISTRICT JUDGE

---

1.   Cases or appeals filed by the plaintiff that have been dismissed by the federal courts as frivolous, malicious or for failure to state a claim include, but are not limited to, Dontrale Demarko Phillips v. John C. Simoneaux, et al., Civil Action No. 13-2438-DDD-JDK (W.D. La.); Dontrale Demarko Phillips v. Rapides Parish, et al., Civil Action No. 13-1925-JTT-JDK (W.D. La.); and Dontrale Phillips v. Rapides Parish Judge's Office, et al., Civil Action No. 15-0250-SDD-SCR (M.D. La.).